```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

| | |
|---|---|
| ANN M. MOGENHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 08-0391 (GK) |
| JAMES B. PEAKE, Secretary | ) |
| U.S. Department of Veterans | ) |
| Affairs, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**PROOF OF SERVICE**

I HEREBY CERTIFY that a copy of the Summons and Complaint in the above-captioned case was served pursuant to Rule 4(i) of the Federal Rules of Civil Procedure on the 6th day of March, 2008, via personal service, upon the Defendant as follows:

>Hon. James B. Peake, Secretary
>U.S. Department of Veterans Affairs
>810 Vermont Avenue, N.W.
>Washington, DC 20420

See Exhibit 1 (Copy of Affidavit of Service).  I further certify that a copy of the Summons and Complaint in the above-captioned case was similarly served on the 6th day of March, 2008, upon the Attorney General as follows:

>The Honorable Michael B. Mukasey
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, DC 20530-0001

See Exhibit 2 (Copy of Affidavit of Service).  I further certify that a copy of the Summons and Complaint in the above-captioned case was similarly served on the 6th day of March, 2008, upon

the United States Attorney as follows:

>The Honorable Jeffrey A. Taylor
>United States Attorney
>Judiciary Center Building
>10th Floor
>555 Fourth Street, N.W.
>Washington, DC 20350

See Exhibit 3 (Copy of Affidavit of Service).

Respectfully Submitted,


_____/s/_____
JOSEPH D. GEBHARDT
    (D.C. Bar No. 113894)
MYRREL C. HENDRICKS, JR.
    (D.C. Bar No. 291781)
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4716
Tel: (202) 496-0400
Fax: (202) 496-0404

March 11, 2008          Attorneys for Plaintiff

**EXHIBIT 2**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ANN M. MOGENHAN,

Plaintiff,

V.

JAMES B. PEAKE, SECRETARY,
DEPARTMENT OF VETERANS AFFAIRS,

Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:08-cv-00391
Assigned To : Kessler, Gladys
Assign. Date : 3/4/2008
Description: Employ. Discrim.

Received @ DOJ-Mail Bld., Mail-RM BU 206-MRU
PRINT NAME: W.T. LEE
SIGN: DOJ/Mail Bld.,
LOCATION: 950-PENN. AVE NW, WASH. DC 20530
TIME & DATE: 03/06/08 3:55/PM

TO: (Name and address of Defendant)

Hon. Michael B. Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joseph D. Gebhardt, Esq.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036-4718

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         MAR - 4 2008

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 03/10/08 |
| NAME OF SERVER *(PRINT)* AL EDMONDSON | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: W.T. LEE

☐ Returned unexecuted: _____

☐ Other (specify): RECEIVED AT Dept. of Justice BLDG. 950 PENNSYLVANIA AVE. NW WASHINGTON, DC. 20530, DOJ-MAIL BLDG. MAIL ROOM BLDG. 206-MRU at 3:55pm ON 03/06/08 FOR CASE NUMBER 1:08-CV-00391.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | $65.00 | $65.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  03/10/08
             *Date*

*Signature of Server*

720 HOBART PL NW WDC 20001
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.