UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANN M. MOGENHAN,<br>7707 Wisonsin Avenue # 820<br>Bethesda, MD 20814-6554<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES B. PEAKE, Secretary,<br>U.S. Dep't of Veterans Affairs,<br>810 Vermont Avenue, N.W.<br>Washington, D.C. 20420<br><br>    Defendant. | Civil Action No. 08-0391 (GK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for defendant in the above-captioned case.

            ____/s/_____
            CHRISTIAN NATIELLO, D.C. Bar #473960
            Assistant U.S. Attorney
            555 Fourth St., N.W.
            Room E4112
            Washington, D.C. 20530
            (202) 307-0338
            christian.natiello@usdoj.gov