UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ANN M. MOGENHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0391 (GK) |
| | ) | |
| JAMES B. PEAKE, Secretary, | ) | |
| U.S. Dep't of Veterans Affairs, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, James B. Peake, Secretary of the United States Department of Veterans Affairs, respectfully requests an additional forty-five (45) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of employment discrimination. This Office was served with the Complaint on March 4, 2008, resulting in the current deadline of May 5, 2008. With this motion, Defendant requests a new deadline of June 20, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel. Undersigned counsel started to work in this office and in the capacity as an Assistant United States Attorney on March 17th, 2008, well after the case was received by this Office. As such, he respectfully requests this Court for additional time to get up-to-speed on this case. Moreover, the Department of Veteran's Affairs requests additional time to go through the report of investigation and other materials necessary to form a response to Plaintiff's complaint.

This is Defendant's first request to move this deadline, and the extension will not prejudice Plaintiff.

    Counsel for Plaintiff granted consent for this motion.

May 2, 2008                        Respectfully submitted,

                                        /s/
                               JEFFREY A. TAYLOR, D.C. Bar # 498610
                               United States Attorney

                                        /s/
                               RUDOLPH CONTRERAS, D.C. BAR # 434122
                               Assistant United States Attorney

                                        /s/
                               CHRISTIAN A. NATIELLO, D.C. BAR #473960
                               Assistant United States Attorney
                               555 Fourth St., N.W.
                               Washington, D.C. 20530
                               (202) 307-0338
                               christian.natiello@usdoj.gov